UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON TASSIN | CIVIL ACTION |
| VERSUS | NO: 24-1795 |
| BUCK KREIHS MARINE REPAIR, LLC AND MORAN TOWING CORPORATION | SECTION: "A" (1) |

### ORDER AND REASONS

The following motions, filed by defendants Buck Kreihs Marine Repair, LLC and Moran Towing Corporation, are before the Court: **Motion in Limine to Exclude Speculative Life Care Plan Report and Testimony by Both Plaintiff's Life Care Planner, Aaron Wolfson, as well as the Related Economic Testimony by Shael Wolfson Regarding that Surgery (Rec. Doc. 23)** and **Motion for Partial Summary Judgment (Rec. Doc. 24)**. The motions were noticed for submission on June 11, 2025.

The Court having received notice from Plaintiff that he does not oppose either motion, Accordingly;

**IT IS ORDERED** that the **Motion in Limine (Rec. Doc. 23)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 24)** is **GRANTED**, and Plaintiff's claims against Moran Towing Corporation are **DISMISSED WITH PREJUDICE**.

June 12, 2025

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE